IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CAMILLE McCLAIN,

       Plaintiff,

vs.                                                Case No. 13-2453-JTM

SWANSON, WALKER AND
ASSOCIATES, INC., et al.,

       Defendants.

## ORDER OF DISMISSAL

The above case comes on for consideration by the court of its order filed August 26, 2014 to show cause why this action should not be dismissed by the court for lack of prosecution pursuant to the rules of this court.

No response having been filed to the order to show cause, and more than 10 days having elapsed since the date of the filing and service of said order, the court finds that this action should be dismissed for lack of prosecution.

IT IS THEREFORE ORDERED this 18th day of September, 2014, that this action should be and is hereby dismissed without prejudice and costs are assessed against the plaintiff.

                                                                        s/ J. Thomas Marten
                                                                        J. THOMAS MARTEN, CHIEF JUDGE