## UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

CAMILLE McCLAIN,

           Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

SWANSON, WALKER AND ASSOCIATES, INC., et al.,

Case Number: 13-2453-JTM

           Defendants.

     IT IS ORDERED AND ADJUDGED in accordance with the Order filed September 18, 2014, that plaintiff's case is dismissed without prejudice for lack of prosecution.

TIMOTHY M. O'BRIEN, Clerk of Court

September 18, 2014
Date

By    s/ S. Smith
      Deputy Clerk